1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11  UNITED STATES OF AMERICA,        )Case No. CV 07-5179-GW (Ex)
                                     )
12                  Plaintiff,       )**JUDGMENT PURSUANT TO**
                                     )**STIPULATION QUIETING TITLE IN**
13            v.                     )**FAVOR OF BANK OF NEW YORK, FREE**
                                     )**AND CLEAR OF ANY RIGHT, TITLE,**
14  RUSSELL T. JACKSON; RUSSELL T.   )**ESTATE, LIEN OR INTEREST OF THE**
    JACKSON, II; ROBERT B. JACKSON;  )**UNITED STATES OF AMERICA AND**
15  SAUL J. BREETWOR AND BEVERLY     )**STATE OF CALIFORNIA FRANCHISE**
    BREETWOR, HUSBAND AND WIFE AS    )**TAX BOARD**
16  JOINT TENANTS; SAUL J. BREETWOR  )
    AND BEVERLY BREETWOR, CO-        )
17  TRUSTEES, OR THEIR SUCCESSORS    )
    IN TRUST, UNDER THE BREETWOR     )
18  FAMILY TRUST; FINANCE AMERICA,   )
    LLC; AMERICA'S WHOLESALE         )
19  LENDER; COUNTRYWIDE HOME LOANS,  )
    INC.; RECONTRUST CO NA; BANK OF  )
20  NEW YORK; and STATE OF           )
    CALIFORNIA FRANCHISE TAX BOARD,  )
21                                   )
                    Defendants.      )
22  _____)

23

24        Plaintiff, United States of America ("United States"),

25  defendant, State of California Franchise Tax Board ("FTB"), and

26  defendant, Bank of New York, having entered into and executed a

27  "Stipulation as to Priority of Interests Between Plaintiff United

28  States of America and Defendants State of California Franchise

                                    1

1  Tax Board and Bank of New York" ("Stipulation"), herein,

2  accordingly,

3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

4      1.   On February 8, 2006, a deed of trust was recorded in

5  favor of America's Wholesale Lender securing the repayment of a

6  $320,000.00 loan made to Russell Jackson with the real property

7  commonly known as 5393 Fairview Boulevard, No. 6, Los Angeles,

8  California, 90056 (hereinafter the "Fairview Property").

9      2.   The beneficial interest in and to the deed of trust

10 referred to herein in paragraph 1, was later assigned by

11 America's Wholesale Lender to Bank of New York (hereinafter

12 referred to as the "Bank of New York Deed of Trust").

13     3.   The Fairview Property is legally described as follows:

14          PARCEL I:

15          AN UNDIVIDED 1/8TH INTEREST IN AND TO LOT 1 OF TRACT

16          NO. 32556, IN THE COUNTY OF LOS ANGELES, STATE OF

17          CALIFORNIA, AS PER MAP RECORDED IN BOOK 889, PAGE(S) 58

18          AND 59 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF

19          SAID COUNTY.

20          EXCEPTING THEREFROM ALL OIL, GAS HYDROCARBONS KINDRED

21          SUBSTANCES LYING BELOW A DEPTH OF 500 FEET FROM THE

22          SURFACE OF SAID LAND, WITHOUT, HOWEVER, THE RIGHT TO

23          ENTER UPON THE SURFACE OF SAID LAND, AS PROVIDED IN AN

24          INSTRUMENT RECORDED IN BOOK D-2267, PAGE 411 OF

25          OFFICIAL RECORDS.

26 / / /

27 / / /

28 / / /

2

FURTHER EXCEPTING THEREFROM EACH AND ALL OF THE 8 UNITS
SHOWN AND DEFINED UPON THE CONDOMINIUM PLAN RE-RECORDED
21 FEBRUARY 1978 AS INSTRUMENT NO. 78-190418 OF
OFFICIAL RECORDS OF SAID COUNTY.

PARCEL II:

UNIT NO. 6 AS SHOWN AND DEFINED UPON THE CONDOMINIUM
PLAN DESCRIBED IN PARCEL I HEREINABOVE.

PARCEL III:

AN EXCLUSIVE EASEMENT OR EXCLUSIVE EASEMENTS
APPURTENANT TO AND FOR THE BENEFIT OF PARCEL II OVER
THE FOLLOWING PORTION OR PORTIONS OF SAID LOT 1 OF SAID
TRACT NO. 32556, AS SHOWN UPON THE CONDOMINIUM PLAN
HEREINABOVE DESCRIBED FOR PARKING PURPOSES, PARKING
SPACES #4.

ASSESSOR'S PARCEL NUMBER: 4102-003-085

4.    On July 26, 2007, Bank of New York, as the beneficiary
of the Bank of New York Deed of Trust, completed a non-judicial
foreclosure sale on the Fairview Property pursuant to its power
of sale contained in the Bank of New York Deed of Trust, and in
satisfaction of the amounts due and owing to it on the promissory
note secured by the Bank of New York Deed of Trust.

5.    On August 10, 2007, a Trustee's Deed Upon Sale was
recorded in the Los Angeles County Recorder's Office, State of
California, as Instrument No. 2007-1882235, reflecting Bank of
New York's non-judicial foreclosure sale and its acquisition of
fee simple title to the Fairview Property.

6.    Bank of New York is now and has been since July 26,
2007, the owner in fee simple of the Fairview Property.

3

7. Bank of New York is the owner of the Fairview Property free and clear of the lien claims of the FTB identified as:

(a) Lien recorded on September 25, 1996 as Instrument No. 96-1578399 in the amount of $13,450.07, naming Russell T. & Dierdre Jackson as the taxpayers (FTB Account No. 136268904);

(b) Lien recorded on December 9, 1997 as Instrument No. 97-1930981 in the amount of $7,352 naming Russell T. Jackson and Dierdre Jackson as the taxpayers (FTB Account No. 136268904);

(c) Lien recorded on November 14, 2000 as Instrument No. 00-1778163 in the amount of $49,010.07 naming Russell T. Jackson and Dierdre Jackson as the taxpayers (FTB Account No. 136268904);

(d) Lien recorded on March 7, 2003 as Instrument No. 03-0662671 in the amount of $43,117.41 naming Russell T. Jackson and Dierdre Downing Jackson as the taxpayers (FTB Account No. 136268904);

(e) Lien recorded on December 30, 2004 as Instrument No. 04-3406320 in the amount of $46,616.82 naming Russell T. Jackson as the taxpayer (FTB Account No. 136268904).

8. FTB has no right to enforce any of the liens previously identified in paragraphs 7(a) through 7(e) as against the Fairview Property.

/ / /

/ / /

/ / /

4

9.   Bank of New York is the owner of the Fairview Property free and clear of the lien claims of the United States identified as:

(1)   Lien recorded on May 16, 1997, as Instrument No. 97-743588 in the amount of $94,377.11 for the taxable years 1994 and 1995;

(2)   Lien recorded on July 15, 1999, as Instrument No. 99-1307682 in the amount of $190,523.10 for the taxable years 1996 and 1997;

(3)   Lien recorded on October 10, 2002, as Instrument No. 02-2391307 in the amount of $231,201.76, for the taxable years 1998, 2000, and 2001;

(4)   Lien recorded on April 14, 2004, as Instrument No. 04-0907776 in the amount of $163,706.90 for the taxable years 1999 and 2002;

(5)   Lien recorded on June 23, 2006, as Instrument No. 06-1388342, in the amount of $10,671.69 for the taxable year 2004; and

(6)   Notice of Refiling of Lien, recorded on February 14, 2006 as Instrument No. 06-0342577 in the amount of $94,377.11 for the taxable years 1994 and 1995.

10.   By reason of payment of the federal tax liens identified in paragraphs 9(1) and 9(6) and the discharge of the federal tax liens identified in paragraph 9(2) through 9(5), United States has no right to enforce any of the liens previously identified in paragraphs 9(1) through 9(6) as against the Fairview Property.

/ / /

5

1    11.   On October 22, 2008, the United States obtained a

2  default judgment as against taxpayer Russell Jackson, the default

3  judgment recorded as Instrument No. 2008-1881781 in the Los

4  Angeles County Recorder's Office, State of California.

5    12.   The default judgment obtained as against Russell

6  Jackson, referred to herein in paragraph 11, above, was not

7  obtained as against Bank of New York, Bank of New York is not

8  bound by the provisions of that default judgment and Bank of New

9  York's claimed fee interest in the Fairview Property obtained by

10  virtue of its non-judicial foreclosure of its lien interest

11  previously referred to herein in paragraphs 3, 4 and 5, above,

12  shall not be disturbed or divested as a consequence of the United

13  States' default judgment against Russell Jackson.

14    13.   The United States, FTB and Bank of New York,

15  respectively, acknowledge that Bank of New York is the owner in

16  fee simple of the Fairview Property; and that the default

17  judgment previously obtained, as it relates to title to the

18  Fairview Property, only, shall be superseded by this Judgment;

19  and that the United States and FTB have no right, title, estate,

20  lien, interest or equity in or to the Fairview Property,

21  by reason of the tax liens listed at paragraphs 7 and 9,

22  respectively.

23    14.   Bank of New York shall have all rights incidental to

24  ownership of the  Fairview Property, including rights of

25  possession and sale, and the taxpayer, Russell Jackson, has no

26  right, title, estate, lien, interest, or equity in the Fairview

27  Property.

28  / / /

15.   The United States will not take any action to enforce
the default judgment obtained in this action as against Russell
Jackson and previously referred to in paragraph 11, above.

16.   As between the United States, FTB and Bank of New York,
only, each party shall bear its own costs and attorney's fees
incurred herein.

17.   As between the United States, FTB and Bank of New York,
only, this judgment is a final judgment for all purposes.

DATED: January 8, 2009

George H. Wu
_____
George H. Wu
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

CUNNINGHAM & TREADWELL

By: _____
    DAVID S. BARTELSTONE
    Attorneys for Defendant,
    BANK OF NEW YORK

APPROVED AS TO FORM AND CONTENT:

THOMAS P. O'BRIEN
United States Attorney
SANDRA BROWN
Assistant United States Attorney
Chief, Tax Division

By: _____
    THOMAS D. COKER
    Assistant United States Attorney
    Attorneys for Plaintiff,
    UNITED STATES OF AMERICA

7

1  **JUDGMENT PURSUANT TO STIPULATION QUIETING TITLE TO IN FAVOR OF**
**BANK OF NEW YORK, FREE AND CLEAR OF ANY RIGHT, TITLE, ESTATE,**
2  **LIEN OR INTEREST OF THE UNITED STATES OF AMERICA AND STATE OF**
**CALIFORNIA FRANCHISE TAX BOARD**
3  **USDC Case No. CV 07-5179-GW (Ex)**

4

5  APPROVED AS TO FORM AND CONTENT:

6

7

By: _____
8           PHILIP GRIFFIN, Esq.
           Deputy Attorney General
9           Attorney for Defendant,
           STATE OF CALIFORNIA FRANCHISE TAX BOARD
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28